**FILED**
OCT 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEREK OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for the United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 3-11-70931 NC |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING HEARING FROM |
| | ) OCTOBER 27, 2011 TO NOVEMBER 16, |
| JAMES ESTRELLA, | ) 2011 |
| Defendant. | ) |

This case is scheduled for an arraignment or preliminary hearing on October 27, 2011. The parties have reached a pre-indictment resolution in this matter, however still need to receive a DEA laboratory report regarding the narcotics in this case to finalize the plea agreement. The parties believe that a continuance to November 16, 2011 would allow enough time to receive the laboratory report and finalize the plea agreement. The parties believe that a pre-indictment resolution is in the interests of the defendant and the government. The time is required for the effective preparation of defense counsel in representation of defendant.

The parties hereby jointly and respectfully request that the Court continue this matter to

STIP. AND ORDER
CR 3-11-70931 NC

1  Wednesday, November 16, 2011 at 9:30 a.m., before the duty Magistrate Judge for a preliminary
2  hearing or arraignment.
3        The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP)
4  5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from October 27, 2011 through
5  November 16, 2011. The parties agree that – taking into account the public interest in prompt
6  disposition of criminal cases – good cause exists for this extension. Defendant also agrees to
7  exclude for this period of time any time limits applicable under Title 18, United States Code,
8  Section 3161. The parties represent that granting the continuance is the reasonable time
9  necessary for effective preparation of defense counsel, taking into account the exercise of due
10 diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice
11 served by granting such a continuance outweighed the best interests of the public and the
12 defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).
13
14 SO STIPULATED:
15                                      MELINDA HAAG
                                       United States Attorney
16
17          10/26/2011                    /s/ Derek Owens
  DATED: _____
18                                        DEREK OWENS
                                       Assistant United States Attorney
19
20          10/26/2011                    /s/ William A. Welch
  DATED: _____
21                                        WILLIAM A. WELCH
                                       Attorney for the Defendant
22
23       For the reasons stated above, the Court hereby vacates the October 27, 2011 hearing
24 before Magistrate Judge Timothy J. Bommer and continues it to Wednesday, November 16, 2011
25 at 9:30 a.m., before the duty Magistrate Judge for a preliminary hearing. The Court further finds
26 that an exclusion of time from October 27, 2011 through November 16, 2011 is warranted and
27 that the ends of justice served by the continuance outweigh the best interests of the public and the
28 defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant

STIP. AND ORDER
CR 3-11-70931 NC                        2

the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 10/26/11

THE HON. TIMOTHY J. BOMMER
United States Magistrate Judge

STIP. AND ORDER
CR 3-11-70931 NC                           3